# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JANETTE CORTEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES, et al.<br><br>　　　　Defendants.<br>_____ | **Case No.:** 2:18cv03248−CAS−JPRx<br><br>~~[PROPOSED]~~ ORDER APPROVING STIPULATION FOR MODIFICATION OF COURT'S SCHEDULING ORDER |

AFTER HAVING REVIEWED THE PARTIES PAPERS and GOOD CAUSE APPEARING THEREFORE;

The court hereby approves the modification of the scheduling order as follows:

Non-Expert Deposition Discovery Cut-Off

(includes hearing of discovery motions):　　　09/16/19

Last Day to file Motions:　　　09/27/19

Exchange of Expert Reports cut-off:　　　09/16/19

/ / /

/ / /

1 | Exchange of Rebuttal Expert Reports cut-off: 10/16/19

2 | Expert Discovery Cut-Off:                 11/15/19

3 | **IT IS SO ORDERED**

4 | Dated: August 1, 2019

5 | **HONORABLE CHRISTINA A. SNYDER**
**UNITED STATES DISTRICT COURT**

2

**[PROPOSED] ORDER APPROVING APPROVING STIPULATION FOR
MODIFICATION OF COURT'S SCHEDULING ORDER**