1 | James R. Touchstone, SBN 184584
Denise L. Rocawich, SBN 232792
2 | JONES & MAYER
3777 North Harbor Boulevard
3 | Fullerton, CA 92835
Telephone: (714) 446-1400 / Facsimile: (714) 446-1448
4 | Email: jrt@jones-mayer.com; dlr@jones-mayer.com

5 | Attorneys for Defendant
MIGUEL NUNEZ

6

7 | UNITED STATES DISTRICT COURT

8 | CENTRAL DISTRICT OF CALIFORNIA

9

10 | ANN JANETTE CORTEZ, | Case No: SACV 18-03248 CAS (JPRx)
individually and as Successor in | Judge: Hon. Christina A. Snyder
11 | Interest of SANTINO CESAR
TREVINO,
12 | | **BRUCE LINDSAY'S DECLARATION**
Plaintiffs, | **IN SUPPORT OF MIGUEL NUNEZ'S**
13 | | **OPPOSITION TO PLAINTIFF'S**
vs. | **MOTION TO MODIFY COURT'S**
14 | | **SCHEDULING ORDER, TO ALLOW**
CITY OF LOS ANGELES, an entity; | **PLAINTIFF LEAVE TO ADD**
15 | NESTOR ESCOBAR; ALEJANDRO | **PARTIES AND TO AMEND THE**
PINEDA; XIUHNENTEL LOPEZ; | **COMPLAINT**
16 | JOSE RIVERA; BRENDA CASTRO;
ABEL TORRES; THOMAS ZIZZO;
17 | VICTOR GONE; JONATHAN
GUNDELL; LANCE PERKINS;
18 | JEFFRI NORAT; MIGUEL NUNEZ,
individual police officers with CITY
19 | OF LOS ANGELES POLICE
DEPARTMENT; and DOES
20 | 1through 10, Inclusive,

21 | Defendants.

22

23

24

25

26

27

28

-1-

## DECLARATION OF BRUCE A. LINDSAY

I, BRUCE A. LINDSAY, hereby declare as follow:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of California and am associated with the law firm of Jones & Mayer, attorneys of record for the Defendant City of Fullerton.  I have personal knowledge of the facts contained in this declaration and could testify to these facts in a court of law if called upon to do so.

2.      Attached hereto as Exhibit A is the Initial Disclosures of the City of Los Angles served in the case on October 18, 2018.

3.      Attached hereto as Exhibit B is the cover letter with the hand-delivery of the Force Investigation Division's report given to Plaintiff's representatives on December 14, 2018.

4.      Attached hereto as Exhibit C is the Initial Disclosures of Defendant Miguel Nunez served in the case on May 20, 2018.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of October 2019 at Fullerton, California.

_____
Bruce A. Lindsay

BRUCE LINDSAY'S DECLARATION IN SUPORY OF NUNEZ'S OPPOSITION TO MOTION TO MODIFY
COURT'S SCHEDULING

# EXHIBIT A

**MICHAEL N. FEUER,** City Attorney (SBN 111529x)
**THOMAS H. PETERS,** Chief Assistant City Attorney (SBN 163388)
**CORY M. BRENTE,** Supervising Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES, NESTER ESCOBAR and
ALEJANDRO PINEDA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JANETTE CORTEZ, individually and as Successor in Interest of SANTINO CESAR TREINO,<br><br>             Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, an NESTOR ESCOBAR; ALEJANDRO PINEDA, individual police officers with CITY OF LOS ANGELES POLICE DEPARTMENT; and DOES 1 through 10 Inclusive,<br><br>             Defendants. | **Case No. CV18-03248 CAS (JPR)**<br>*Hon Judge: Christian A. Snyder; Crtm 8D*<br>*Hon Magistrate Judge: Jean P. Rosenbluth*<br><br>**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Defendants CITY OF LOS ANGELES, NESTER ESCOBAR and ALEJANDRO PINEDA hereby submit their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26.

# WITNESSES

SWORN:

1.  Police Officer II Nestor Escobar, Serial No. 40031
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

2.  Police Officer II Xiuienetl Lopez, Serial No. 40826
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

3.  Police Officer II Alejando Pineda, Serial No. 39942
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

4.  Police Officer II Heriberto Coronado, Serial No. 38985
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

5.  Police Officer III Brenda Castro, Serial No. 35368
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

6.  Police Officer II Miguel Nunez, Serial No. 36181
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

7.  Police Officer II Jeffri Norat, Serial No. 41444
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

8.  Police Officer III Abel Torres, Serial No. 39070
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

9.  Police Officer III Lance Perkins, Serial No. 36787
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

10. Police Officer II Thomas Zizzo, Serial No. 41603
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

11. Police Officer II Jonathan Gundell, Serial No. 41806
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

12. Police Officer III Jose Rivera, Serial No. 42137
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

13. Police Officer II Victor Gone, Serial No. 41712
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

14. Sergeant I Brian Engquist, Serial No. 35893
        Hollywood Area
        1358 North Wilcox Avenue
        Los Angeles, CA 90028

15. Sergeant I Larry Hernandez, Serial No. 38800
        Southwest Area
        1546 Martin Luther King Boulevard
        Los Angeles, CA 90062

16. Sergeant I Michael Lopez, Serial No. 37047
    North Hollywood Area
    11640 Burbank Boulevard
    North Hollywood, CA 91601

17. Police Officer II Christian Valenzuela, Serial No. 38161
    Hollywood Area
    1358 North Wilcox Avenue
    Los Angeles, CA 90028

18. Police Officer II Amanda Jansen, Serial No. 40820
    Mission Area
    11121 Sepulveda Boulevard
    Mission Hills, CA 91345

19. Police Officer II Nicholas Clanton, Serial No. 40087
    Hollywood Area
    1358 North Wilcox Avenue
    Los Angeles, CA 90028

20. Police Officer II Ivette Cruz, Serial No. 42060
    77th Street Area
    7600 South Broadway
    Los Angeles, CA 90003

21. Sergent I Marc Soulema, Serial No. 38821
    Olympic Area
    1130 South Vermont Avenue
    Los Angeles, CA 90006

22. Police Officer II Russell Riggen, Serial No. 40698
    Hollywood Area
    1358 North Wilcox Avenue
    Los Angeles, CA 90028

23. Police Officer Mike Salcedo, Serial No. 40927
    Hollywood Area
    1358 North Wilcox Avenue
    Los Angeles, CA 90028

24. Police Officer II Kyle Carrillo, Serial No. 40713
      77th Street Area
      7600 South Broadway
      Los Angeles, CA 90003

25. Police Officer II Jason Grossman, Serial No. 41355
      Hollywood Area
      1358 North Wilcox Avenue
      Los Angeles, CA 90028

26. Sergeant I Eric Rogers, Serial No. 30637
      Metropolitan Division
      2710 West Temple Street
      Los Angeles, CA 90026

27. Sergeant II Leonardo McKenzie, Serial No. 34419
      Southwest Area
      1546 Martin Luther King Boulevard
      Los Angeles, CA 90062

28. Sergeant I Kenny Talbert, Serial No. 37857
      Custody Services Division
      180 North Los Angeles Street
      Los Angeles, CA 90012

29. Police Officer I Javier Delatorre, Serial No. 41707
      Hollywood Area
      1358 North Wilcox Avenue
      Los Angeles, CA 90028

30. Police Officer II Nicholas Gutierrez, Serial No. 38237
      Hollywood Area
      1358 North Wilcox Avenue
      Los Angeles, CA 90028

31. Police Officer II Lorenzo Luevano, Serial No. 41619
      Hollywood Area
      1358 North Wilcox Avenue
      Los Angeles, CA 90028

32. Police Officer II Julice Rodriguez, Serial No. 41133
    Hollywood Area
    1358 North Wilcox Avenue
    Los Angeles, CA 90028

33. Police Officer II Michael Delrey, Serial No.39966
    Hollywood Area
    1358 North Wilcox Avenue
    Los Angeles, CA 90028

34. Police Officer II Matthew Jordan, Serial No. 40906
    Hollywood Area
    1358 North Wilcox Avenue
    Los Angeles, CA 90028

35. Police Officer II Patrick Topacio, Serial No. 40951
    Hollywood Area
    1358 North Wilcox Avenue
    Los Angeles, CA 90028

36. Police Officer II Juan Zelaya, Serial No. 36801
    Hollywood Area
    1358 North Wilcox Avenue
    Los Angeles, CA 90028

37. Police Officer II Lamark Ferguson, Serial No. 40281
    Hollywood Area
    1358 North Wilcox Avenue
    Los Angeles, CA 90028

38. Police Officer II Marvin Pena, Serial No. 42444
    77th Street Area
    7600 South Broadway
    Los Angeles, CA 90003

39. Police Officer III Rene Silva, Serial No. 37006
    Hollywood Area
    1358 North Wilcox Avenue
    Los Angeles, CA 90028

40. Police Officer II Carlos Acosta, Serial No. 42825
    Southeast Area
    145 West 108th Street
    Los Angeles, CA 90061

41. Police Officer I Vanessa Hurtado, Serial No. 42847
    ***No longer employed with the Department.***

42. Police Officer III Cuitlahuac Dominguez, Serial No. 39042
    Hollywood Area
    1358 North Wilcox Avenue
    Los Angeles, CA 90028

CIVILIAN:

1. Geonveo Garcia
   857 North Oxford Street #4
   Los Angeles, CA 90029

2. Igor Blushstein
   7245 Hillside Avenue #421
   Los Angeles, CA 90046

3. Sarah Wettlauffer
   7445 Hillside Avenue #203
   Los Angeles, CA 90064

4. Dan Stransky
   7260 Hillside Avenue #204
   Los Angeles, CA 90046

5. Cristobal Tapia
   7245 Hillside Avenue #317
   Los Angeles, CA 90046

6. Steve Curcuru
   7245 Hillside Avenue #306
   Los Angeles, CA 90046

## DOCUMENTS

1. Los Angeles Police Department, Watch Commander's Daily Report

   Lieutenant I Brent McGuyre, Serial No. 36095, dated June 22, 2017.

2. Los Angeles Police Department, Sergeant's Daily Report

   Sergeant Larry Hernandez, Serial No. 38800, dated Jun 22, 2017.

3. Los Angeles Police Department, Sergeant's Daily Report

   Sergeant Eric Rogers, Serial No. 30637, dated June 22, 2017.

4. Los Angeles Police Department, Sergeant's Daily Report

   Sergeant Michael Ornelas, Serial No. 34487, dated June 22, 2017.

5. Los Angeles Police Department, Sergeant's Daily Report

   Sergeant Timothy Jenneman, Serial No. 32769, dated June 22, 2017.

6. Los Angeles Police Department, Sergeant's Daily Report

   Sergeant Greg Garcia, Serial No. 30048, dated June 22, 2017.

7. Los Angeles Police Department, Sergeant's Daily Report

   Sergeant Aaron Shapiro, Serial No. 36956, dated June 22, 2017.

8. Los Angeles Police Department, Sergeant's Daily Report

   Sergeant Michael Yoro, Serial No. 33815, dated June 22, 2018.

9. Los Angeles Police Department, Sergeant's Daily Report

   Sergeant Edward Perez, Serial No. 26244, dated June 22, 2017.

10. Los Angeles Police Department, Sergeant's Daily Report

    Sergeant Frank Bancalari, Serial No. 33534, dated June 22, 2017.

11. Los Angeles Police Department, Sergeant's Daily Report

    Sergeant Robert Klohr, Serial No. 32866, dated June 22, 2017.

12. Los Angeles Police Department, Sergeant's Daily Report

    Sergeant Jeffery Childs, Serial No. 25469, dated June 22, 2017.

13. Los Angeles Police Department, Sergeant's Daily Report

    Sergeant Luis Rosas, Serial No. 36565, dated June 22, 2017.

14. Los Angeles Police Department, Sergeant's Daily Report Sergeant II Neil Wank, Serial No. 33644, dated June 22, 2017.

15. Los Angeles Police Department, Sergeant's Daily Report Detective III Gary Kukaua, Serial No. 33439, dated June 22, 2017.

16. Department of Motor Vehicle Record, Driver's License No. Y2592835, issued to Trevino, Santino Cesar II, Date of Birth May 3, 1997.

17. Los Angeles Police Department, Investigative Report, Assault with a Deadly Weapon, dated June 23, 2017, DR No. 1706-14567.

18. Los Angeles Police Department Forensic Science Division Laboratory Report, Firearms  - Evidence Collection.

19. Los Angeles Police Department, Property Reports, DR No. 1706-14567, dated June 23, 2017.

20. County of Los Angeles, Department of Medical Examiner – Coroner, Personal Effects Inventory 295887, dated June 23, 2017.

21. County of Los Angeles, Department of Medical Examiner – Coroner Autopsy Report Case No. 2017-04648, dated August 1, 2017.

22. Los Angeles Police Department Forensic Science Division, Laboratory Report, Firearms – Render Safe, dated October 31, 2017.

23. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Evidence Collection – DNA Collection, Req. #0002, finalized, January 18, 2018.

24. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Test Fire Firearm, Req. #0013, Officer Escobar, Serial No. 40031, finalized September 7, 2017.

25. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Test Fire Firearm, Req. #0014, Officer Lopez, Serial No. 40826, finalized July 21, 2017.

26. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Test Fire Firearm, Req. #0011, Officer Pineda, Serial No. 39942, finalized October 27, 2017.

27. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Test Fire Firearm, Req. #0010, Officer Rivera, Serial No. 42137, finalized July 21, 2017.

28. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Test Fire Firearm, Req. #0006, Officer Castro, Serial No.35368, finalized October 27, 2017.

29. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Test Fire Firearm, Req. #0008, Officer Torres, Serial No. 39070, finalized October 17, 2017.

30. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Test Fire Firearm, Req. #0007, Officer Zizzo, Serial No. 41603, finalized October 4, 2017.

31. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Test Fire Firearm, Req. #0009, Officer Gone, Serial No. 41712, finalized September 11, 2017.

32. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Test Fire Firearm, Req. #0012, Officer Gundell, Serial No. 41806, finalized October 30, 2017.

33. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Test Fire Firearm, Req. #0016, Officer Perkins, Serial No. 36787, finalized October 31, 2017.

34. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Test Fire Firearm, Req. #0017, Officer Norat, Serial No. 41444, finalized November 8, 2017.

35. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Test Fire Firearm, Req. #0015, Officer Nunez, Serial No. 36181, finalized October 31, 2017.

36. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms – Bullet Path Analysis, Req. #0002, finalized, 2017.

37. Los Angeles Police Department, Forensic Science Division, Laboratory Report, Firearms Bullet/Cartridge Case Comparison.

38. RACR Incident Notification Log, dated June 22, 2017.

39. Assessment of Supervisory Response at a Categorical Use of Force, Force Investigation Division No. F004-17, dated January 19, 2017.

DATED: October 10, 2018          MICHAEL N. FEUER, City Attorney
                                 THOMAS H. PETERS, Chief Assistant City Attorney
                                 CORY M. BRENTE, Supervising City Attorney

                                 By: _____
                                     CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
                                     Attorneys for Defendants CITY OF LOS ANGELES,
                                     NESTER ESCOBAR and ALEJANDRO PINEDA

# PROOF OF SERVICE

I, CAROLINE N. CASTILLO, declare:

I am employed in the County of Los Angeles, California. I am over the age of 18 years, and not a party to the within action; my business address is 200 North Main Street, 600 City Hall East, Los Angeles, California 90012.

On October 10, 2018, I served the foregoing document described as: **DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26** on the interested parties in this action:

☒   by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED PROOF OF SERVICE LIST

☒   **BY MAIL**
   ☐   *I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
   ☒   As follows:  I am "readily familiar" with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October, 2018, at Los Angeles, California.

_____
CAROLINE N. CASTILLO

12

# PROOF OF SERVICE LIST
*Ann Janette Cortez vs. City of Los Angeles, et al.*
**CV18-03248 CAS (JPRx)**

Humberto M. Guizar, Esq.
Kent M. Henderson, Esq.
Angel Carrazco, Jr., Esq.
GUIZAR HENDERSON & CARRAZCO, LLP
18301 Irvine Blvd
Tustin, CA 92780
Telephone: (714) 541-8600
Facsimile: (714) 541-8601
Email: herito@aol.com
        hendolaw@gmail.com
        carrazcolawimm@gmail.com

Alexander M. Larian, Esq.
Larian Law Firm
8306 Wilshire Blvd, Suite 2058
Beverly Hills, CA 90211
Telephone: (310) 720-05050
Email: alex@larianlaw.com

Jimmy Hanaie, Esq.
LegalClear
8306 Wilshire BLvd, Suite 5007
Beverly Hills, CA 90211
Telephone: (323) 456-8638
Email: jimmy@legalclear.com

**EXHIBIT B**



**MIKE FEUER**
CITY ATTORNEY

December 14, 2018

Humberto Guizar, Esq.
Guizar Henderson & Carrazco, LLP
3500 West Beverly Blvd
Montebello, CA 90640

RE: <u>Ann Janette Cortez vs. City of Los Angeles, et al.</u>
USDC Case No. CV18-03248 CAS (JPRx)

Dear Mr. Guizar:

Enclosed herewith are Defendant City of Los Angeles' production of documents pursuant to the Stipulated Protective Order, and in response to Plaintiff's Request for Production of Documents, Set One. The documents are as follows:

1. Force Investigation Division Report
2. Administrative & Crime Photographs
3. Force Investigation Division Notes
4. Forensic Science Division/Technical Investigation Division Notes
5. Policies & Procedures, and Training materials
6. BOPC, COP, IG Intradepartmental Correspondence
7. Audio Interviews (CD)
8. Communications/Frequencies (CD)
9. Digital In-Car Videos (4 DVDs)
10. Cell Phone Videos (DVD)

Very truly yours,

CAROLINE N. CASTILLO
Legal Assistant to Christian Bojorquez, DCA

CB/cnc
Enclosures

**EXHIBIT C**

James R. Touchstone, SBN 184584
Denise L. Rocawich, SBN 232792
JONES & MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400 / Facsimile: (714) 446-1448
Email: jrt@jones-mayer.com; dlr@jones-mayer.com

Attorneys for Defendant
MIGUEL NUNEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JANETTE CORTEZ, individually and as Successor in Interest of SANTINO CESAR TREVINO,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES, an entity; NESTOR ESCOBAR; ALEJANDRO PINEDA; XIUHNENTEL LOPEZ; JOSE RIVERA; BRENDA CASTRO; ABEL TORRES; THOMAS ZIZZO; VICTOR GONE; JONATHAN GUNDELL; LANCE PERKINS; JEFFRI NORAT; MIGUEL NUNEZ, individual police officers with CITY OF LOS ANGELES POLICE DEPARTMENT; and DOES 1through 10, Inclusive,<br><br>        Defendants. | Case No: SACV 18-03248 CAS (JPRx)<br>Judge: Hon. Christina A. Snyder<br><br>**DEFENDANT MIGUEL NUNEZ'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(a)** |

Defendant, MIGUEL NUNEZ, submits the following disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.  Investigations and discovery are continuing.  If additional responsive information becomes available, Defendants will supplement these initial disclosures as required.

**A.    Rule 26(a)(1)(A)(i) The names and, if known, the address and telephone number of each individual likely to have discoverable information–along with the subjects of that information–that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

**(1)    The following City of Los Angeles Employees:**

**(i) Names/Assignment Address:**

Police Officer II Nestor Escobar, Serial No. 40031
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Xiuienetl Lopez, Serial No. 40826
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Alejando Pineda, Serial No. 39942
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Heriberto Coronado, Serial No. 38985
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer III Brenda Castro, Serial No. 35368
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

1   Police Officer II Jeffri Norat, Serial No. 41444
2   Hollywood Area
    1358 North Wilcox Avenue
3   Los Angeles, CA 90028

4
    Police Officer III Abel Torres, Serial No. 39070
5   Hollywood Area
6   1358 North Wilcox Avenue
    Los Angeles, CA 90028
7

8   Police Officer III Lance Perkins, Serial No. 36787
    Hollywood Area
9   1358 North Wilcox Avenue
10  Los Angeles, CA 90028

11  Police Officer II Thomas Zizzo, Serial No. 41603
12  Hollywood Area
    1358 North Wilcox Avenue
13  Los Angeles, CA 90028

14
    Police Officer II Jonathan Gundell, Serial No. 41806
15  Hollywood Area
16  1358 North Wilcox Avenue
    Los Angeles, CA 90028
17

18  Police Officer III Jose Rivera, Serial No. 42137
    Hollywood Area
19  1358 North Wilcox Avenue
20  Los Angeles, CA 90028

21  Police Officer II Victor Gone, Serial No. 41712
22  Hollywood Area
    1358 North Wilcox Avenue
23  Los Angeles, CA 90028

24
    Sergeant I Brian Engquist, Serial No. 35893
25  Hollywood Area
26  1358 North Wilcox Avenue
    Los Angeles, CA 90028
27

28

DEFENDANT NUNEZ'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(a)

Sergeant I Larry Hernandez, Serial No. 38800
Southwest Area
1546 Martin Luther King Boulevard
Los Angeles, CA 90062

Sergeant I Michael Lopez, Serial No. 37047
North Hollywood Area
11640 Burbank Boulevard
North Hollywood, CA 91601

Police Officer II Christian Valenzuela, Serial No. 38161
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Amanda Jansen, Serial No. 40820
Mission Area
11121 Sepulveda Boulevard
Mission Hills, CA 91345

Police Officer II Nicholas Clanton, Serial No. 40087
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Ivette Cruz, Serial No. 42060
77th Street Area
7600 South Broadway
Los Angeles, CA 90003

Sergent I Marc Soulema, Serial No. 38821
Olympic Area
1130 South Vermont Avenue
Los Angeles, CA 90006

Police Officer II Russell Riggen, Serial No. 40698
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

DEFENDANT NUNEZ'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(a)

Police Officer Mike Salcedo, Serial No. 40927
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Kyle Carrillo, Serial No. 40713
77th Street Area
7600 South Broadway
Los Angeles, CA 90003

Police Officer II Jason Grossman, Serial No. 41355
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Sergeant I Eric Rogers, Serial No. 30637
Metropolitan Division
2710 West Temple Street
Los Angeles, CA 90026

Sergeant II Leonardo McKenzie, Serial No. 34419
Southwest Area
1546 Martin Luther King Boulevard
Los Angeles, CA 90062

Sergeant I Kenny Talbert, Serial No. 37857
Custody Services Division
180 North Los Angeles Street
Los Angeles, CA 90012

Police Officer I Javier Delatorre, Serial No. 41707
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Nicholas Gutierrez, Serial No. 38237
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

DEFENDANT NUNEZ'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(a)

Police Officer II Lorenzo Luevano, Serial No. 41619
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Julice Rodriguez, Serial No. 41133
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Michael Delrey, Serial No.39966
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Matthew Jordan, Serial No. 40906
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Patrick Topacio, Serial No. 40951
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Juan Zelaya, Serial No. 36801
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Lamark Ferguson, Serial No. 40281
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Marvin Pena, Serial No. 42444
77th Street Area
7600 South Broadway
Los Angeles, CA 90003

DEFENDANT NUNEZ'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(a)

Police Officer III Rene Silva, Serial No. 37006
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

Police Officer II Carlos Acosta, Serial No. 42825
Southeast Area
145 West 108th Street
Los Angeles, CA 90061

Police Officer III Cuitlahuac Dominguez, Serial No. 39042
Hollywood Area
1358 North Wilcox Avenue
Los Angeles, CA 90028

**(ii) Contact Information:** The City of Los Angeles employees listed above can be contacted through counsel for the City of Los Angeles.

**(iii) Subject(s):** The City of Los Angeles employees listed above were either present during the events underlying this action and/or are likely to have discoverable information relevant to the disputed facts in this matter.

**(2)   Ann Janette Cortez**

**(i) Contact Information:** Plaintiff Cortez can be contacted through her counsel.

**(ii) Subject(s):** Plaintiff Cortez was involved in the events underlying this action and is likely to have discoverable information relevant to the disputed facts in this matter.

**(3)   Vanessa Hurtado**

**(i) Contact Information:** Unknown.

**(ii) Subject(s):** Ms. Hurtado was involved in the events underlying this action and is likely to have discoverable information relevant to the disputed facts in this matter.

-7-

1

2         **(4)    Geonveo Garcia**

              **(i) Contact Information:** 857 North Oxford Street #4 Los Angeles,

3 CA 90029.

4               **(ii) Subject(s):** M. Hurtado was involved in the events underlying this

5 action and is likely to have discoverable information relevant to the disputed facts

6 in this matter.

7

8         **(5)    Igor Blushstein**

9               **(i) Contact Information:** 7245 Hillside Avenue #421 Los Angeles,

10 CA 90046.

11               **(ii) Subject(s):** Mr. Blushstein was involved in the events underlying

12 this action and is likely to have discoverable information relevant to the disputed

13 facts in this matter.

14

15         **(6)    Sarah Wettlauffer**

16               **(i) Contact Information:** 7445 Hillside Avenue #203 Los Angeles,

17 CA 90064.

18               **(ii) Subject(s):** Ms. Wettlauffer was involved in the events underlying

19 this action and is likely to have discoverable information relevant to the disputed

20 facts in this matter.

21

22         **(7)    Dan Stransky**

23               **(i) Contact Information:** 7260 Hillside Avenue #204 Los Angeles,

24 CA 90046.

25               **(ii) Subject(s):** Mr. Stransky was involved in the events underlying

26 this action and is likely to have discoverable information relevant to the disputed

27 facts in this matter.

28

DEFENDANT NUNEZ'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(a)

**(8)    Cristobal Tapia**

**(i) Contact Information:** 7245 Hillside Avenue #317 Los Angeles, CA 90046.

**(ii) Subject(s):** Mr. Tapia was involved in the events underlying this action and is likely to have discoverable information relevant to the disputed facts in this matter.

**(9)    Steve Curcuru**

**(i) Contact Information:** 7245 Hillside Avenue #306 Los Angeles, CA 90046.

**(ii) Subject(s):** Mr. Curcuru was involved in the events underlying this action and is likely to have discoverable information relevant to the disputed facts in this matter.

**B.    Rule 26(a)(1)(A)(ii)  A copy–or a description by category and location– of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Defendant Nunez asserts that the listed documents may be relevant to the defenses and claims asserted by Defendant Nunez and to respond to the non-specific claims and contentions of Plaintiff:

(1)    Force Investigation Division Report. This Report was previously produced to Plaintiff as Bates 0001 through 01692.

(2)    Administrative and Crime Photographs. These photos were previously produced to Plaintiff as BATES 01693 through 02329.

(3)    Force Investigation Division Notes. These documents were previously produced to Plaintiff as BATES 02330 through 02672.

(4)    Forensic Science Division/Technical Investigation Division Notes. These documents were previously produced to Plaintiff as BATES 02673 through 03113.

1   (5)   Policies & Procedures, and Training Materials. These documents were

2   previously produced to Plaintiff as BATES 03114 through 03156.

3   (6)   BOPC, COP, IG Intradepartmental Correspondence. These documents

4   were previously produced to Plaintiff as BATES 03157 through

5   03286.

6   (7)   Digital In-Car Videos. These recordings were previously produced to

7   Plaintiff as BATES 03287 through 03315.

8   (8)   Recordings – Interviews, Communications/Frequencies and Cell

9   Phone Videos. These Recordings were previously produced to

10   Plaintiff in response to Plaintiff's Request for Production of

11   Documents (Set One).

12

**C.   Rule 26(a)(1)(A)(iii) A computation of each category of damages**
13   **claimed by the disclosing party–who must also make available for**
**inspection and copying under Rule 34 the documents or other**
14   **evidentiary material, unless privileged or protected from disclosure, on**
**which each computation is based, including materials bearing on the**
15   **nature and extent of injuries suffered.**

16

17   Defendant Nunez is not making any claims for damages.

18   **D.   Rule 26(a)(1)(A)(iv) For inspection and copying under Rule 34, any**
**insurance agreement under which an insurance business may be liable**
19   **to satisfy all or part of a possible judgment in the action or to indemnify**
**or reimburse for payments made to satisfy the judgment.**
20

21   The City is self-insured.

22

23   Dated: May 17, 2019                    JONES & MAYER

24

25

26   By: _____
JAMES R. TOUCHSTONE
27   DENISE L. ROCAWICH
Attorneys for Officer Miguel Nunez

28

-10-

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
**COUNTY OF ORANGE** )

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 3777 North Harbor Boulevard, Fullerton, California 92835.

On **May 20, 2019**, I served the foregoing document described as **DEFENDANT MIGUEL NUNEZ'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(a),** on each interested party listed on the **attached service list** as follows:

| | |
|---|---|
| Humberto M. Guizar, Esq.<br>Kent M. Henderson, Esq.<br>Angel Carrazco, Esq.<br>Guizar Henderson & Carrazco, LLP<br>18301 Irvine Boulevard<br>Tustin, CA 92780<br>T: (714) 541-8600<br>F: (714) 541-8601<br>Email: herito@aol.com<br>    hendolaw@gmail.com<br>    carrazcolawimm@gmail.com | Alexander M. Larian, Esq.<br>Larian Law Firm<br>8306 Wilshire Boulevard, Ste. 2058<br>Beverly Hills, CA 90211<br>T: (310) 720-0505<br>Email: alex@larianlaw.com |
| Jimmy Hanaie, Esq.<br>Legal Clear<br>8306 Wilshire Boulevard, Ste. 5007<br>Beverly Hills, CA 90211<br>T: (323) 456-8638<br>Email: jimmy@legalclear.com | Michael N. Feuer, Esq.<br>Thomas H. Peters, Esq.<br>Cory M. Brente, Esq.<br>Christian R. Borjorquez, Esq.<br>200 N. Main Street, 6th Flr.<br>City Hall East<br>Los Angeles, CA 90012<br>T: (213) 978-7023<br>F: (213) 978-8785<br>Email: christian.borjorquez@lacity.org |

  **XX**     (VIA MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.

I am readily familiar with Jones & Mayer's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at La Habra, California, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 20, 2019,** at Fullerton, California.

_____
WENDY A. GARDEA

-11-