# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV18-03248 CAS (JPRx) | Date | September 13, 2021 |
|---|---|---|---|
| Title | Ann Janette Cortez, et al. v. City of Los Angeles, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| D. Rojas | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christian Contreras (video) | Christian R. Bojorquez (video) |
| | James R. Touchstone (video) |

**Proceedings:**       FURTHER STATUS CONFERENCE RE CASE/SETTLEMENT
**(VIA ZOOM)**

    Hearing held and counsel are present.   The Court confers with counsel regarding their settlement progress. For reasons stated on the record, the Court notifies counsel they may request an additional hearing if necessary.

|  | 00 | : | 04 |
|---|---|---|---|
| Initials of Preparer | | DR | |