1  **MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Deputy City Attorney (SBN 212289)
2  **SCOTT MARCUS**, Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
3  **CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
4  200 N. Main Street, 6ᵗʰ Floor, City Hall East
Los Angeles, California 90012
5  Tel:  (213) 978-6900; Fax:  (213) 978-8785
Email: christian.bojorquez@lacity.org
6

7  *Attorneys for Defendants* CITY OF LOS ANGELES, NESTER ESCOBAR,
ALEJANDRO PINEDA, XIUHNENTEL LOPEZ, JOSE RIVERA, BRENDA CASTRO,
8  ABEL TORRES, THOMAS ZIZZO, VICTOR GONE, JONATHAN GUNDELL,
LANCE PERKINS, and JEFFRI NORAT
9
[Continued on Next Page]
10

11

12                    **UNITED STATES DISTRICT COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14
ANN JANETTE CORTEZ, individually )    **Case No. CV18-03248 CAS (JPRx)**
15  and as Successor in Interest of SANTINO )    *Hon Judge: Christian A. Snyder; Crtm 8D*
CESAR TREINO,                        )    *Hon Magistrate Judge: Jean P. Rosenbluth*
16                                       )
17              Plaintiffs,             )
                                       )    **STIPULATION RE DISMISSAL OF**
18  vs.                                 )    **DEFENDANT OFFICERS**
                                       )
19  CITY OF LOS ANGELES, et al.         )
20                                       )
              Defendants.             )
21  _____ )

22

23  ///

24  ///

25  ///

26

27  ///

28

1

1 | Humberto M. Guizar, Esq., (SBN 125769)
  | herito@aol.com
2 | Kent M. Henderson, (SBN 139530)
3 | kent@carrazcolaw.com
  | Angel Carrazco, Jr., (SBN 230845)
4 | angel@carrazcolaw.com
5 | GUIZAR, HENDERSON & CARRAZCO, L.L.P.
  | 18301 Irvine Blvd.
6 | Tustin, CA 92780
  | Telephone No.: (714) 541-8600; Facsimile No.: (714) 541-8601
7 | Attorneys for Plaintiff, Ann Janette Cortez

8 |
  | James R. Touchstone, Esq.
9 | Denise L. Rocawich, Esq.
  | JONES & MAYER
10 | 3777 N. Harbor Boulevard
  | Fullerton, CA 92835
11 | 714/446-1400 & Fax: (714) 446-1448
  | Email: jrt@jones-mayer.com; dlr@jones-mayer.com
12 | Attorneys for Defendant MIGUEL NUNEZ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1 | **IT IS HEREBY STIPULATED AND AGREED** by and between the parties,

2 | through their respective counsel of record, pursuant to Rule 41(a)(1) of the Federal Rules

3 | of Civil Procedure, that the above-entitled action against Defendants NESTOR

4 | ESCOBAR; ALEJANDRO PINEDA, XIUHNENTEL LOPEZ, JOSE RIVERA,

5 | BRENDA CASTRO, ABEL TORRES, THOMAS ZIZZO, VICTOR GONE.

6 | JONATHAN GUNDELL, LANCE PERKINS, JEFFRI NORAT and MIGUEL NUNEZ,

7 | individually and in their official capacity as Police Officers, be dismissed in their

8 | entirety. with prejudice. All parties to bear their own costs and fees.

9 | *IT IS SO STIPULATED.*

10

11 | DATED: July 14, 2021          GUIZAR, HENDERSON & CARRAZCO, LLP

12 | By: *Humberto Guizar*
   HUMBERTO M. GUIZAR, Esq.

13 | *Attorneys for Plaintiff* ANN JANETTE CORTEZ

14 | individually and as Successor in Interest of SANTINO CESAR TREINO

15

16 | DATED: ~~July~~ Sept 23, 2021    MICHAEL N. FEUER, City Attorney
17 |                               KATHLEEN A. KENEALY, Chief Deputy City Atty
                                  SCOTT MARCUS, Senior Assistant City Attorney
18 |                               CORY M. BRENTE, Senior Assistant City Attorney

19 | By: /S/ *Christian R. Bojorquez*
20 |     CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
       *Attorneys for Defendants Attorneys for Defendants* CITY
21 |    OF LOS ANGELES, NESTER ESCOBAR,
       ALEJANDRO PINEDA, XIUHNENTEL LOPEZ, JOSE
22 |    RIVERA, BRENDA CASTRO, ABEL TORRES,
       THOMAS ZIZZO, VICTOR GONE, JONATHAN
23 |    GUNDELL, LANCE PERKINS, and JEFFRI NORAT

24

25 | DATED: ~~July~~ Sept 23, 2021    JONES & MAYER

26 | By: /S/ James R. Touchstone

27 |     JAMES R. TOUCHSTONE, Esq.
        *Attorney for Defendant* MIGUEL NUNEZ

28

3