# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JANETTE CORTEZ, individually and as Successor in Interest of SANTINO CESAR TREINO,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>　　　　　Defendants. | Case No. CV18-03248 CAS (JPRx)<br>*Hon Judge: Christina A. Snyder; Crtm 8D*<br>*Hon Magistrate Judge: Jean P. Rosenbluth*<br><br>**[PROPOSED] ORDER RE DISMISSAL OF DEFENDANT OFFICERS** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that Defendants NESTOR ESCOBAR; ALEJANDRO PINEDA, XIUHNENTEL LOPEZ, JOSE RIVERA, BRENDA CASTRO, ABEL TORRES, THOMAS ZIZZO, VICTOR GONE, JONATHAN GUNDELL, LANCE PERKINS, JEFFRI NORAT and MIGUEL NUNEZ, individually and in their official capacity as Police Officers, are hereby dismissed, with prejudice. Each party to bear their own attorneys' fees and costs.

***IT IS SO ORDERED.***

DATED: September 24, 2021

*/s/ Christina A. Snyder*
HONORABLE CHRISTINA A. SYNDER
United States District Court Judge