**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Deputy City Attorney (SBN 212289)
**SCOTT MARCUS**, Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-6900; Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org
*Attorneys for Defendant* CITY OF LOS ANGELES

Humberto M. Guizar, Esq., (SBN 125769)
herito@aol.com
Kent M. Henderson, (SBN 139530)
kent@carrazcolaw.com
Angel Carrazco, Jr., (SBN 230845)
angel@carrazcolaw.com
GUIZAR, HENDERSON & CARRAZCO, L.L.P.
18301 Irvine Blvd.
Tustin, CA 92780
Telephone No.: (714) 541-8600; Facsimile No.: (714) 541-8601
Attorneys for Plaintiff, ANN JANETTE CORTEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JANETTE CORTEZ, individually and as Successor in Interest of SANTINO CESAR TREINO,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | **Case No. CV18-03248 CAS (JPRx)**<br>*Hon Judge: Christian A. Snyder; Crtm 8D*<br>*Hon Magistrate Judge: Jean P. Rosenbluth*<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION** |

///

1

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel of record, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action against Defendant CITY OF LOS ANGELES be dismissed in its entirety, with prejudice. All parties to bear their own costs and fees.

*IT IS SO STIPULATED.*

DATED: October 8, 2021          GUIZAR, HENDERSON & CARRAZCO, LLP

By:   /S/ Humberto M. Guizar
   HUMBERTO M. GUIZAR, Esq.
*Attorneys for Plaintiff* ANN JANETTE CORTEZ individually and as Successor in Interest of SANTINO CESAR TREINO

DATED: October 8, 2021          MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Deputy City Atty
SCOTT MARCUS, Senior Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney

By:   /S/ *Christian R. Bojorquez*
   CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendant* CITY OF LOS ANGELES