# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JANETTE CORTEZ, individually and as Successor in Interest of SANTINO CESAR TREINO,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>　　　　　　Defendants. | **Case No. CV18-03248 CAS (JPRx)**<br>*Hon Judge: Christina A. Snyder; Crtm 8D*<br>*Hon Magistrate Judge: Jean P. Rosenbluth*<br><br>**[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION** |

   Based on the stipulation of the parties, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed in its entirety, with prejudice.  Each party to bear their own attorneys' fees and costs.

   *IT IS SO ORDERED.*

*IT IS SO ORDERED.*

DATED: _____     _____
　　　　　　　　　　　　　　HONORABLE CHRISTINA A. SYNDER
　　　　　　　　　　　　　　United States District Court Judge

1