JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JANETTE CORTEZ, individually and as Successor in Interest of SANTINO CESAR TREINO,<br><br>           Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>           Defendants. | Case No. CV18-03248 CAS (JPRx)<br>Hon Judge: Christina A. Snyder; Crtm 8D<br>Hon Magistrate Judge: Jean P. Rosenbluth<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION** |

Based on the stipulation of the parties, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party to bear their own attorneys' fees and costs.

*IT IS SO ORDERED.*

DATED: October 8, 2021

_____
HONORABLE CHRISTINA A SYNDER
United States District Court Judge